# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Truck Centers, Inc. dba Truck Centers Inc. Troy,<br><br>Defendant. | Adv. No. 25-51537 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on November 13, 2025, via

[X]    Electronic mail, addressed to:

<u>Counsel for Defendant</u>
Jonathan Sundheimer, Esq.
BARNES & THORNBURG LLP
Email: Jonathan.Sundheimer@btlaw.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 13, 2025          */s/ Jean Esslinger*
                                  Jean Esslinger
                                  ASK LLP
                                  2600 Eagan Woods Drive, Suite 400
                                  Saint Paul, MN 55121